# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Christine Alaimo,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV17-01781-PHX DGC<br><br>**ORDER** |
| Quennel Barfield,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-02254-PHX DGC<br><br>**ORDER** |
| Monica Bilbro,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-02255-PHX DGC<br><br>**ORDER** |
| Melissa Blackman,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-02256-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nicole Bostick,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00866-PHX DGC<br><br>**ORDER** |
| Elaine Bracknell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00797-PHX DGC<br><br>**ORDER** |
| Edward Broady,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02257-PHX DGC<br><br>**ORDER** |
| William Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01095-PHX DGC<br><br>**ORDER** |
| Richard Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03402-PHX DGC<br><br>**ORDER** |
| Deborah Burner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02836-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Butler,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01782-PHX DGC<br><br>**ORDER** |
| Dale Byous,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03263-PHX DGC<br><br>**ORDER** |
| Paul Cannon,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03721-PHX DGC<br><br>**ORDER** |
| Elizabeth Coffman,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02465-PHX DGC<br><br>**ORDER** |
| Grace Cohan,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-00796-PHX DGC<br><br>**ORDER** |
| Ronnie Collins,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02046-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Crystal Crawford-McClure,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-04743-PHX DGC<br><br>**ORDER** |
| James Crompton,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-02968-PHX DGC<br><br>**ORDER** |
| Madeline Cruz-Camacho,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-00798-PHX DGC<br><br>**ORDER** |
| Gregory Culbreth,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-02258-PHX DGC<br><br>**ORDER** |
| Charles Cummings,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-02654-PHX DGC<br><br>**ORDER** |
| LB Davis,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-00818-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Davis, Jr. , <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV19-00810-PHX DGC <br><br>**ORDER** |
| Tanisha Davis, <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV17-02967-PHX DGC <br><br>**ORDER** |
| Donna Deese, <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV18-01315-PHX DGC <br><br>**ORDER** |
| Hilary Edwards, <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV18-04187-PHX DGC <br><br>**ORDER** |
| Mitchell Faust, <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV19-00817-PHX DGC <br><br>**ORDER** |
| Marcie Fierro, <br><br>            Plaintiff, <br>v. <br><br>C.R. Bard, et al., <br>            Defendants. | No. CV17-00656-PHX DGC <br><br>**ORDER** |

| | |
|---|---|
| Peter Forman,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02931-PHX DGC<br><br>**ORDER** |
| Patricia Gillum,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02147-PHX DGC<br><br>**ORDER** |
| Barbara Gleason,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00820-PHX DGC<br><br>**ORDER** |
| Tracey Godfrey,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02895-PHX DGC<br><br>**ORDER** |
| James Good,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02653-PHX DGC<br><br>**ORDER** |
| Lewis Goodman,<br><br>   Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-00854-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven Gregory,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00822-PHX DGC<br><br>**ORDER** |
| Zollie Griffin,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02259-PHX DGC<br><br>**ORDER** |
| Benny Guzman,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02293-PHX DGC<br><br>**ORDER** |
| Betsy Halsall,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00823-PHX DGC<br><br>**ORDER** |
| Joanne Hamilton,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00824-PHX DGC<br><br>**ORDER** |
| Elizabeth Harmon,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02677-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lagone Harper,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02261-PHX DGC<br><br>**ORDER** |
| Donna Harris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02260-PHX DGC<br><br>**ORDER** |
| Sharlina Helton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01099-PHX DGC<br><br>**ORDER** |
| Anyerson Hernandez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01116-PHX DGC<br><br>**ORDER** |
| John Herrera,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02906-PHX DGC<br><br>**ORDER** |
| Daniel Heth,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00323-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Neal Hiatt,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-00799-PHX DGC<br><br>**ORDER** |
| Greta Jones,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV16-02466-PHX DGC<br><br>**ORDER** |
| Arthur Kennedy,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-04188-PHX DGC<br><br>**ORDER** |
| Marc Klein,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-01118-PHX DGC<br><br>**ORDER** |
| Kristine Knight,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-00853-PHX DGC<br><br>**ORDER** |
| Frank Komorowski,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV17-02916-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Woodrow Lambert,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-03930-PHX DGC<br><br>**ORDER** |
| Ronnie Leatherwood,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-04744-PHX DGC<br><br>**ORDER** |
| Sean Loewer,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-02966-PHX DGC<br><br>**ORDER** |
| Kathy Logothetis-Fisher,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-02625-PHX DGC<br><br>**ORDER** |
| Sara Luongo,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-00838-PHX DGC<br><br>**ORDER** |
| Stephen Mairson,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-02676-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jackie McCreary,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV17-04078-PHX DGC<br><br>**ORDER** |
| Robert McDermott, Jr.,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV17-02652-PHX DGC<br><br>**ORDER** |
| Linda McNutt,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV17-02157-PHX DGC<br><br>**ORDER** |
| Charlene Mills-Benat,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV17-02927-PHX DGC<br><br>**ORDER** |
| Sandra Mock,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV17-04115-PHX DGC<br><br>**ORDER** |
| James Moore,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV19-02262-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marilyn Mouse,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00801-PHX DGC<br><br>**ORDER** |
| Michael Nechodom,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00859-PHX DGC<br><br>**ORDER** |
| David Olsen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02263-PHX DGC<br><br>**ORDER** |
| Morris Peoples, Jr.,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00860-PHX DGC<br><br>**ORDER** |
| Michael Perkins,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-03468-PHX DGC<br><br>**ORDER** |
| Laurie Planamento,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00688-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cheryl Popham,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00691-PHX DGC<br><br>**ORDER** |
| Anthony Powers,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02264-PHX DGC<br><br>**ORDER** |
| Eddie Robinson, Jr.,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00676-PHX DGC<br><br>**ORDER** |
| Jay Rubin,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03875-PHX DGC<br><br>**ORDER** |
| Jose Sampedro,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01353-PHX DGC<br><br>**ORDER** |
| Linda Savage,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03463-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer Schlesinger,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00422-PHX DGC<br><br>**ORDER** |
| Ora Sheppard,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02265-PHX DGC<br><br>**ORDER** |
| Leslie Sims,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03431-PHX DGC<br><br>**ORDER** |
| Eugene Small,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00861-PHX DGC<br><br>**ORDER** |
| Ternice Smith,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03270-PHX DGC<br><br>**ORDER** |
| Helen Standbrook,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00690-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nicholas Staszko,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-04079-PHX DGC<br><br>**ORDER** |
| Brooke Stewart,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-00672-PHX DGC<br><br>**ORDER** |
| Joseph Taylor,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02684-PHX DGC<br><br>**ORDER** |
| Helena Turner,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02666-PHX DGC<br><br>**ORDER** |
| Anita Wagner,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00862-PHX DGC<br><br>**ORDER** |
| Kyle Wheeler,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-02266-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Connie Williams,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No. CV19-00864-PHX DGC<br><br>**ORDER** |
| Samuel Winter,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No. CV18-00956-PHX DGC<br><br>**ORDER** |
| Rozella Wood,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No. CV16-02467-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21045.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21045) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

_David G. Campbell_

David G. Campbell
Senior United States District Judge

16